## UNITED STATES COURT OF INTERNATIONAL TRADE

MIDWEST FASTENER CORP.,

                 Plaintiff,

      v.

UNITED STATES,

                 Defendant.

Court No. 21-00535

## COMPLAINT

Plaintiff, Midwest Fastener Corp. ("Midwest Fastener"), by and through undersigned counsel, alleges and states as follows:

## CAUSE OF ACTION

1. This action is brought to contest the denial by United States Customs and Border Protection ("CBP") of plaintiff's protest concerning the assessment of antidumping duties on one (1) entry of strike pin anchors imported at the Port of Chicago, Illinois.

## JURISDICTION AND STANDING

2. Plaintiff, Midwest Fastener, is the importer of record of the merchandise which is the subject of this Complaint and is the real party in interest in this case.

3. Plaintiff timely protested the assessment of antidumping and countervailing duties on the merchandise in liquidation. The protests were denied on the dates shown in the Summons for this action.

4. All liquidated duties, taxes and fees were paid prior to the commencement of this action.

5. The summons for this civil action was timely filed.

6. This Court has exclusive subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1581(a).

## STATEMENT OF CLAIM

7. Paragraphs 1 through 6 are adopted and incorporated herein by reference.

8. The merchandise subject to this action is strike pin anchors from China.

9. The strike pin anchors were entered into the United States on line 2 of entry number M34-6643361-2 with an entered value of $16,878.

10. At liquidation, CBP assessed antidumping duties on the merchandise at the rate of 206% under antidumping case number A-570-932 which covers steel threaded rod from the People's Republic of China.

11. The strike pin anchors subject to this action do not fall within the scope of this antidumping case.

12. In its protest, plaintiff claimed that the merchandise was not subject to antidumping duties.

13. CBP erred in its determination that the strike pin anchors were steel threaded rod and were thus subject to antidumping duties under case number A-570-932.

## PRAYER FOR RELIEF

WHEREFORE, Midwest Fastener requests this Court to enter judgment in favor of plaintiff, and directing the Port Director at the Port of Chicago, Illinois to reliquidate the subject entry without the assessment of antidumping duties under case number A-570-932, and to refund to plaintiff the antidumping duties and interest assessed on the entry at liquidation, plus interest

as required by law; and providing plaintiff with such further and additional relief as the Court may direct.

          Respectfully submitted,

          */s/ R. Kevin Williams*
          R. Kevin Williams
          CLARK HILL PLC

          130 E. Randolph Street, Suite 3900
          Chicago, IL 60601
          (312) 985-5907
          kwilliams@clarkhill.com

Dated: October 21, 2022